

591-15

CCA #  13-13-00490-CR                    OFFENSE:  Capital Murder

STYLE:  ABRAHAM PARRA v. THE STATE OF TEXAS      COUNTY:  Cameron

TRIAL COURT:      138th District Court                                    _____ MOTION
TRIAL COURT #:    2012-DCR-2912- B            FOR REHEARING IS: _____
TRIAL COURT JUDGE:  Hon. Arturo Cisneros        DATE: April 9, 2015
                    Nelson                       JUDGE: Longoria
DISPOSITION: Affirmed as Modified
DATE: _____
JUSTICE: _____ PC ____ S ____
PUBLISH: _____        DNP: _____

CLK RECORD: _____X_____    SUPP CLK RECORD _____X_____
RPT RECORD: _____X_____     SUPP RPT RECORD _____
STATE BR: _____X_____     SUPP BR _____
APP BR: _____X_____      PRO SE BR

_____

## IN THE COURT OF CRIMINAL APPEALS

CCA # _____ **591-15**

-------------------

_APPELLANT'S_ Petition        Disposition: _____
FOR DISCRETIONARY REVIEW IN CCA IS:   DATE: _____
REFUSED                       JUDGE: _____
DATE: 10/14/2015              SIGNED: _____  PC: _____
JUDGE: Per Curiam             PUBLISH: _____  DNP: _____

----------------------

_____ MOTION FOR REHEARING IN    MOTION FOR STAY OF MANDATE IS:
CCA IS: _____ ON _____     _____ ON _____
JUDGE: _____        JUDGE: _____